JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CARL BERRY,<br><br>        Movant,<br><br>  v.<br><br>UNTIED STATES OF AMERICA,<br><br>        Respondent. | Case Nos. ***EDCV 13-01747-VAP***<br>           EDCR 06-00075-SGL<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movants's Motion for Relief Under 28 U.S.C. § 2255 is DENIED. The Court orders that such judgment be entered.

Dated: March 6, 2014

                                        VIRGINIA A. PHILLIPS
                                    United States District Judge